# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 2:21-cr-0047-KOB-GMB |
| | ) |
| **GARY DIXON, Jr.,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

The court received a letter from Mr. Dixon that was filed as a motion to reduce sentence and for appointment of an attorney. (Doc. 22). In it, Mr. Dixon in effect asks for legal advice that the court cannot give. However, the Federal Public Defender's Office may be able to answer his questions. Therefore, the court refers this matter to the Federal Public Defender's Office for review. The motion for sentence reduction, to the extent it may have been a motion, is DENIED as premature.

**DONE** and **ORDERED** this 25th day of July, 2023.

_____
**KARON OWEN BOWDRE**
UNITED STATES DISTRICT JUDGE